UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 JAN 13 P 3: 24

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 21 U.S.C. § 841(a)(1) |
| ) | Possession with Intent to |
| TERRY KEY, ) | Distribute Controlled Substances |
| LATISHA DOOMES ) | (Methamphetamine and Indole |
| ) | Carboxamide) |
| ) | |
| ) | 18 U.S.C. § 924(c) |
| ) | Possession of a Firearm in |
| ) | Furtherance of a Drug |
| ) | Trafficking Offense |
| ) | |
| ) | 18 U.S.C. § 922(g)(1) |
| ) | Possession of a Firearm by a |
| ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

CR221-003

COUNT ONE
*Possession of Controlled Substances with Intent to Distribute*
21 U.S.C. § 841(a)(1)

On or about June 24, 2020, in Wayne County, within the Southern District of Georgia, the Defendants,

**TERRY KEY,
LATISHA DOOMES,**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of indole carboxamide, a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about June 24, 2020, in Wayne County, within the Southern District of Georgia, the Defendants,

**TERRY KEY,**
**LATISHA DOOMES,**

aided and abetted by each other, did knowingly possess a firearm, to wit, a Taurus PT 945, .45 caliber pistol, in furtherance of a drug trafficking crime for which he or she may be prosecuted in a court of the United States, to wit, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

## COUNT THREE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about June 24, 2020, in Wayne County, within the Southern District of Georgia, the Defendants,

**TERRY KEY,**
**LATISHA DOOMES,**

aided and abetted by each other, knowing they both had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus PT 945, .45 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts Two and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts Two and Three of this Indictment, the Defendants, **TERRY KEY and LATISHA DOOMES**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, Taurus PT 945, .45 caliber pistol, bearing serial number NTB81593.

A True Bill.

_____
Foreperson

_____
David H. Estes
First Assistant United States Attorney

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

5